08/17

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:                                                                           Case No. _____

            **Larry Allen Cluchey**                        Chapter 7

            Debtor.

_____/

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| 7095 Mindew Drive SW Byron Center, MI 49315 Kent County Parcel Number 41-21-10-281-021 SEV $156900 | Yes | State Farm Dave Ahrens Ins Agency 1839 R W Berends Dr SW Wyoming, MI 49519 | 06/2021 | Yes |
| 7031 Mindew Drive SW Byron Center, MI 49315 Kent County Parcel # 41-21-10-281-049 2020 SEV $156600 | Yes | USAA Casualty & Insur. 9800 Fredericksburg San Antonio, TX 78288 | 04/2021 | Yes by Co-Owner |
| 2018 Honda CR-V VIN ending in 3058 - owned jointly with non filing spouse | Yes | State Farm Dave Ahrens Ins Agency 1839 R W Berends Dr SW Wyoming, MI 49519 | 06/2021 | Yes |
| Household Goods & Furnishings, Electronics, Computer, et al - owned jointly with nonfiling spouse | Yes | State Farm Dave Ahrens Ins Agency 1839 R W Berends Dr SW Wyoming, MI 49519 | 06/2021 | Yes |
|  |  |  |  |  |
|  |  |  |  |  |

If the debtor is self-employed, does the debtor have general liability insurance for business activities?
Yes ☐   No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: 3/1/2021                                         _/s/ Larry Cluchey_
                                                                                                      Larry Allen Cluchey
                                                                                                       Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.