# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LARRY ALLEN CLUCHEY, | ) | Case No. 21-00524-jwb |
| | ) | |
| Debtor. | ) | Hon. James W. Boyd |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Tyson A. Crist and John C. Cannizzaro of the law firm Ice Miller LLP hereby appear as counsel for creditor Worthington Energy Innovations, LLC, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and LBR 9010-2, and request that all notices given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following:

Tyson A. Crist
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-2243
Email: tyson.crist@icemiller.com

John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Email: john.cannizzaro@icemiller.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that Tyson A. Crist and John C. Cannizzaro be added to the master mailing list and the CM/ECF electronic notice list for the above-reference case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Worthington Energy Innovations, LLC's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which

Worthington Energy Innovations, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Email: John.Cannizzaro@icemiller.com

*Counsel for Worthington Energy Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2021, I filed the foregoing Notice of Appearance and Request for Notice with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

*/s/ John C. Cannizzaro*
John C. Cannizzaro