**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LARRY ALLEN CLUCHEY, | ) | Case No. 21-00524-jwb |
| | ) | |
| Debtor. | ) | Hon. James W. Boyd |
| _____ | ) | |

**ORDER GRANTING MOTION OF TYSON A. CRIST FOR ADMISSION**
***PRO HAC VICE* PURSUANT TO LBR 9010-3**

Upon the motion of Tyson A. Crist, filed March 29, 2021, for admission *pro hac vice* in the above-captioned proceeding, pursuant to LBR 9010-3(b);

IT IS HEREBY ORDERED, that Tyson A. Crist is admitted *pro hac vice* to practice in the above-captioned bankruptcy case and in all contested matters and adversary proceedings arising therein in the United States Bankruptcy Court, Western District of Michigan, subject to the payment of the admission fee.

**END OF ORDER**

Submitted by:

John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Email: John.Cannizzaro@icemiller.com

**IT IS SO ORDERED.**

**Dated March 31, 2021**



James W. Boyd
United States Bankruptcy Judge