**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

_____

CLUCHEY, LARRY ALLEN                    **Case No.: 21-00524 jwb**
                                        **Chapter 7**
                                        **Hon. James W. Boyd**
                                        **Hearing: None**

                    **Debtor(s)**
_____

**JOINT CLAIMS NOTICE**

Trustee Marcia R. Meoli hereby notifies all parties on the matrix for this bankruptcy proceeding that:

1.  The above referenced Debtor commenced this case under chapter 7 of the bankruptcy code on March 2, 2021 as a married individual.

2.  The Debtor's spouse is Sherry D. Cluchey.

3.  You are listed as a creditor of the bankruptcy estate.

4.  **If you have a joint claim**, you may be entitled to payment on a filed claim from the liquidation of real estate owned jointly by the Debtor and the Debtor's spouse (entireties property).

5.  Within 45 days of the date of this notice, please file any joint claim owed by the above Debtor and the Debtor's spouse.  Mark any such claim "joint claim". Failure to file a timely joint claim may preclude you from receiving payments on your claim from the liquidation of entireties property which the Debtor has claimed exempt.

6.  Such claim should be filed at the United States Bankruptcy Court, One Division Avenue, NW, Room 200, Grand Rapids, MI 49503 and served upon:

Marcia R. Meoli, trustee, 1180 Ottawa Beach Road, Suite A, Holland MI 49424 and
Robert F. Wardrop, II, WARDROP & WARDROP, PC, 300 Ottawa Avenue, NW, Ste 150, Grand Rapids MI 49503

7.  The Debtor, Debtor's spouse, trustee, any creditor and any other interested party may file an objection to such claim within 75 days after the date of this notice.

8.  Trustee shall administer this case according to applicable law, including **In re Trickett**, 14 B.R. 85 (Bkrtcy.W.D.Mich. 1981) as it is presently applied.


April 27, 2021                          /S/Marcia R. Meoli_____
Date                                    Marcia R. Meoli, Trustee