# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

**CLUCHEY, LARRY ALLEN**  Case No. 21-00524 jwb
Chapter 7
Hon. James W. Boyd
Hearing: None

Debtor(s)

## ORDER EXTENDING TIME AND DELAYING DISCHARGE

The court reviewed the motion by trustee to extend the discharge objection and dismissal motion deadlines and to delay the entry of discharge of the debtor(s) ("Debtor"). Good cause appearing, the court has determined to enter this order provisionally.

IT IS SO ORDERED that:

1. All parties in interest have 21 days from the date of service of this order in which to file an objection to the extension requested by the trustee.
2. If a timely objection is filed, the Clerk of the Court is directed to set that objection for hearing. Until that hearing has been resolved, and until after the expiration of any extension that may be granted and the resolution of any objection that may be filed, the Clerk is ordered not to issue a discharge to the Debtor.
3. If no objections are filed, then the motion is granted. The deadline shall be extended to: August 30, 2021.

This shall apply to:

A. Objection by interested parties, the trustee, creditors and the United States Trustee to the Debtor's discharge under Bankruptcy Procedure 11 USC 727(a) and 4004(b); and
B. Motion by the United States Trustee to dismiss under 11 USC 707(b).

4. The Clerk of the Court is ordered not to issue the discharge to the Debtor until after the extended deadline(s), and no discharge shall be granted until further order of the Court if an objection to discharge or motion to dismiss is filed before the expiration of the extended deadline.
5. The trustee shall serve a copy of this Order upon the Debtor, Debtor's counsel and the United States Trustee.

**Drafted by:**
Marcia R. Meoli, MARCIA R. MEOLI, PLLC
1880 Ottawa Beach Road, Suite A
Holland, MI 49424

**END OF ORDER**

**IT IS SO ORDERED.**

Dated June 1, 2021



James W. Boyd
United States Bankruptcy Judge