Form JDG13 (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Larry Allen Cluchey**<br>7095 Mindew Drive SW<br>Byron Center, MI 49315<br>SSN: xxx−xx−3664<br><br>**Debtor** | **Case Number 21−00524−jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## NOTICE TO PARTIES ON OBJECTION TO CLAIM

   YOU ARE HEREBY NOTIFIED that a hearing will be held at the United States Bankruptcy Court, One Division Ave., N., 3rd Floor, Courtroom B, Grand Rapids, MI 49503 on **August 19, 2021** at **09:00 AM** to consider and act upon the following matter:

### Debtor's Objection To Claim No. 1
### Filed By World Energy Innovations, LLC (DN 35)

Your Claim May Be Reduced, Modified, or Eliminated.

If you want the court to consider views on this matter, attend the hearing on the date and time stated above.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. (If you do not have an attorney, you may wish to consult one.)

You or your attorney may wish to file a written response to the objection explaining your position. Any response shall be mailed to the Clerk of the United States Bankruptcy Court, One Division, N., Grand Rapids, Michigan 49503, and should be received by the clerk at least 7 (seven) days before the above scheduled hearing date. A copy of your response should also be mailed upon the objecting party and his/her attorney.

If you or your attorney do not take these steps, the court may decide to grant the relief sought in the objection and may enter an order granting the relief requested.

The court will be re−opening for in−person hearings as of July 6, 2021. The parties should consult the "Remote Hearing Procedures" notice on the court's website, https://www.miwb.uscourts.gov/covid−19−notices, for information concerning court appearances.

                                          Michelle M. Wilson
                                          CLERK OF BANKRUPTCY COURT

**Dated:** July 16, 2021                                                   /S/_____
                                                                   J. Koerth
                                                                   Deputy Clerk

A copy of this notice returned to Robert Wardrop, Esq. for appropriate service on July 16, 2021 . Please make service no later than July 19, 2021 .

NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest <u>will not</u> be given further written notice of the continued or adjourned hearing. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Avenue, N.W., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 6:00 p.m. Monday through Friday, CST at (800) 676−6856 or via its web site at http://pacer.psc.uscourts.gov

---

[1] *Aliases for Debtor Larry Allen Cluchey : aka Larry Cluchey*