UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:

LARRY ALLEN CLUCHEY,   Case No.: 21-00524
                      Chapter 7 – Filed:  03/02/2021

  Debtor.
_____/ /

## PROOF OF SERVICE

On the date below I mailed a copy of the following documents:

- **SHERRY CLUCHEY'S OBJECTION TO JOINT CLAIM FILED BY WORLD ENERGY INNOVATIONS, LLC, F/D/B/A WORTHINGTON ENERGY INNOVATIONS, LLC; AND**

- **NOTICE OF HEARING.**

were served upon the following parties by first-class mail by depositing said copies in the United States Mail, postage pre-paid:

Tyson A. Crist, Esq.
Ice Miller, LLP
250 West Street, Suite 700
Columbus, OH  43215

Russ Kiser, General Manager
World Energy Innovations, LLC
f/d/b/a Worthington Energy Innovations, LLC
504 Liberty Street
Freemont, OH  43420

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated:  July 16, 2021         _____/s/_____
                              Jacque Wilcox

THIS DOCUMENT PREPARED BY:
CBH Attorneys & Counselors, PLLC
141 East Michigan Avenue, Suite 301
Kalamazoo, MI 49007
Telephone:  (269) 345-5156