UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

LARRY ALLEN CLUCHEY,

                  Debtor.
_____/

Case No. 21-00524-jwb
Chapter 7
Honorable James W. Boyd

## CERTIFICATE OF SERVICE

Gwendolyn G. Hancock, of Wardrop & Wardrop, P.C., hereby certifies that on the 19th day of July, 2021 she served the following documents:

- **Notice of Hearing; and**

- **Debtor's Objection to Claim No. 1 Filed by World Energy Innovations, LLC (DN 35)**

via first-class mail, with postage thereon being fully prepaid, upon:

Tyson A. Crist, Esq.
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH  43215

Office of the U.S. Trustee
The Ledyard Building
125 Ottawa Avenue, Suite 200R
Grand Rapids, MI  49503

CBH Attorneys & Counselors, PLLC
141 East Michigan Avenue
Suite 301
Kalamazoo, MI  49007

Marcia R. Meoli
Chapter 7 Trustee
1180 Ottawa Beach Road, Suite A
Holland, MI  49424

Sherry D. Cluchey
7095 Mindew Drive, SW
Byron Center, MI  49315

Russ Kiser, General Manager
World Energy Innovations, LLC
f/d/b/a Worthington Energy Innovations, LLC
504 Liberty Street
Freemont, OH  43420

                                                 /s/ Gwendolyn G. Hancock
                                                 Gwendolyn G. Hancock