UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

Case No. 21-00524-jwb

Chapter 7

Debtor.
_____/

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

                Plaintiff,

v.

Adversary Proceeding No. 21-80053-jwb

LARRY ALLEN CLUCHEY and
SHERRY D. CLUCHEY,

                Defendants.
_____/

## STIPULATED ORDER CONTINUING HEARINGS

On September 20, 2021, the Court entered its *Order Referring Adversary Proceeding to Alternative Dispute Resolution Program* (Dkt. No. 30). The parties participated in mediation and are continuing to hold settlement discussions. In furtherance of same, the parties have agreed to a continuance of the hearings scheduled in these cases until the month of January 2022, to permit them time to finalize a settlement, and if settlement is achieved, to seek court approval of same. Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The hearing on the Motion of World Energy Innovations, LLC for an Order Extending Time to Object to Entry of Discharge Under 11 U.S.C. Section 727(c)(1) (DN 52) is hereby continued to January 6, 2022 at 10:00 a.m.

2. The first pretrial conference is hereby continued to January 13, 2022 at 1:00 p.m.

So stipulated by:

*/s/ Robert F. Wardrop, II*
Robert F. Wardrop, II
*Counsel for Defendant Larry A. Cluchey*

*/s/ Steven M. Bylenga*
Steven M. Bylenga
*Counsel for Defendant Sherry D. Cluchey*

*/s/ John C. Cannizzaro*
John C. Cannizzaro
*Counsel for Plaintiff World Energy Innovations, LLC*

END OF ORDER

**IT IS SO ORDERED.**

**Dated November 29, 2021**



James W. Boyd
United States Bankruptcy Judge