UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
_____

In re:

LARRY ALLEN CLUCHEY,

    Debtor.
_____/

Case No. BG 21-00524
Chapter 7

WORLD ENERGY INNOVATIONS, LLC,
f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

    Plaintiff,

v.

LARRY ALLEN CLUCHEY &
SHERRY D. CLUCHEY,

    Defendants.
_____/

Adversary Proceeding
No. 21-80053

<u>ORDER APPROVING MOTION FOR SHORTENED NOTICE AND
REQUEST FOR AN EXPEDITED HEARING REGARDING
DEBTOR'S MOTION TO APPROVE (I) SETTLEMENT OF
(A) CERTAIN CAUSES OF ACTION AND CLAIMS BY WORLD
ENERGY INNOVATIONS, LLC f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC, AGAINST DEBTOR AND DEBTOR'S WIFE
AND (B) TRUSTEE'S AND WORLD ENERGY INNOVATION, LLC,
f/d/b/a WORTHINGTON ENERGY INNOVATION, LLC'S
TRICKETT CLAIM AGAINST DEBTOR AND DEBTOR'S WIFE,
SHERRY D. CLUCHEY, AND (II) FOR OTHER RELIEF
PURSUANT TO BANKRUPTCY RULE 9019(a)</u>

The Debtor having filed a Motion for Expedited Hearing regarding Debtor's Motion to Approve (I) Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC, against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation,

LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, Sherry D. Cluchey, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a) (hereafter the "Settlement Motion") on March 8, 2022; the Court having considered the Motion for Expedited Hearing in this case and the Debtor having demonstrated that good and sufficient cause exists for the relief granted herein, accordingly, it is hereby ordered as follows:

1. The Motion for Expedited Hearing is granted and the expedited hearing on the Settlement Motion will be held on **March 16, 2022**, at **11:00 a.m.** at the United States Bankruptcy Court, Logan Place West, 3249 Racquet Club Drive, Traverse City, Michigan, 49684.

   *Parties may appear in Judge Boyd's Traverse City courtroom or by Zoom videoconferencing. Information about remote appearances, including the Zoom login information, can be found at https://www.miwb.uscourts.gov/covid-19-notices.*

2. Objections to the Settlement Motion shall be filed with the Court by no later than **March 15, 2022**, at **4:00 p.m**. Eastern Time.

3. The Debtor shall by no later than **March 9, 2022**, serve a copy of this Order, the Settlement Motion, and all exhibits thereto on: (a) all parties in interest affected by the Settlement Motion and the United States Trustee by regular first class mail and electronic transmission via CM/ECF or otherwise, and (b) pursuant to Bankruptcy Rule 2002(h), on all creditors who have filed claims in this case by (i) regular first class mail **and** (ii) electronic transmission, facsimile, or overnight delivery.

END OF ORDER

**IT IS SO ORDERED.**

Dated March 9, 2022



James W. Boyd
United States Bankruptcy Judge