UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

     Debtor.

              /

Case No. 21-00524-jwb
Chapter 7
Honorable James W. Boyd

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

     Plaintiff

  v.

              Adversary Proceeding No. 21-80053

LARRY ALLEN CLUCHEY,
SHERRY D. CLUCHEY,

     Defendants.

              /

## **CERTIFICATE OF SERVICE**

Gwendolyn G. Hancock of Wardrop & Wardrop, P.C. hereby certifies that on the 9th day of March, 2022, she did serve a true and correct copy of:

- Debtor's Motion to Approve (I) Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC, Against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation, LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, Sherry D. Cluchey, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a);

- Debtor's Motion for Shortened Notice and Request for an Expedited Hearing regarding Debtor's Motion to Approve Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC, Against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation, LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, Sherry D. Cluchey, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a); and

- March 9, 2022 Order Approving Motion for Shortened Notice and Request for an Expedited Hearing regarding Debtor's Motion to Approve Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC, Against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation, LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, Sherry D. Cluchey, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a);

via the Court's CM/ECF system, which sends notification to ECF participants;

and pursuant to the March 9, 2022 Order Approving Motion for Shortened Notice and Request for Expedited Hearing, via first-class mail, with postage thereon being fully prepaid, upon:

Mr. Larry Allen Cluchey
Mrs. Sherry D. Cluchey
7095 Mindew Drive, SW
Byron Center, MI  49315

Ms. Connie M. Hoffmann
c/o Victoria Smalley, Esq.
Bolhouse, Hofstee & McLean, P.C.
3996 Chicago Drive, SW
Grandville, MI  49418

Office of the U.S. Trustee
The Ledyard Building
125 Ottawa Avenue, Suite 200R
Grand Rapids, MI  49503

and via first-class mail, with postage thereon being fully prepaid, and via UPS overnight delivery, upon:

World Energy Innovations, LLC
f/d/b/a Worthington Energy
Innovations, LLC
504 Liberty Street
Freemont, OH  43420

American Express National Bank (mail)
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

Citibank, N.A.
5800 S. Corporate Pl.
Sioux Falls, SD  57108-5027

American Express National Bank (UPS)
c/o Becket and Lee LLP
16 General Warren Blvd.
Malvern, PA  19355

Gwendolyn G. Hancock

209301.030922.CertificateService