UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

LARRY ALLEN CLUCHEY,

                Debtor.
_____/

WORLD ENERGY INNOVATIONS,
LLC, f/d/b/a WORTHINGTON ENERGY
INNOVATIONS, LLC,

                Plaintiff

    v.

LARRY ALLEN CLUCHEY,
SHERRY D. CLUCHEY,

                Defendants.
_____/

Case No. 21-00524-jwb
Chapter 7
Honorable James W. Boyd

Adversary Proceeding No. 21-80053

**ORDER APPROVING DEBTOR'S MOTION TO APPROVE
(I) SETTLEMENT OF (A) CERTAIN CAUSES OF ACTION AND
CLAIMS BY WORLD ENERGY INNOVATIONS, LLC f/d/b/a
WORTHINGTON ENERGY INNOVATIONS, LLC, AGAINST DEBTOR
AND DEBTOR'S WIFE AND (B) TRUSTEE'S AND WORLD ENERGY
INNOVATION, LLC, f/d/b/a WORTHINGTON ENERGY INNOVATION,
LLC'S TRICKETT CLAIM AGAINST DEBTOR AND DEBTOR'S WIFE,
SHERRY D. CLUCHEY, AND (II) FOR OTHER RELIEF PURSUANT
<u>TO BANKRUPTCY RULE 9019(a)</u>**

    The Debtor having filed a Motion to Approve (I) Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC, against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation, LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, Sherry D. Cluchey, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a) (the "Settlement Motion").  Debtor having filed a Motion to

Shorten Notice of a hearing on the Settlement Motion and the Court having entered its Order Approving the Motion to Shorten Notice and setting a hearing on the Settlement Motion for March 22, 2022 at 11:00 a.m.  Due Notice having been given to all parties effected by the Settlement Motion.  The Court having conducted a hearing on Settlement Motion on March 16, 2022 with all parties having an opportunity to attend and address the Court on the Settlement Motion. The Court having found that the Settlement Motion meets the test for approval of a settlement as provided under the law as set forth in the Debtor's Motion and as applied by the Court.  No party having opposed the Settlement Motion and the Court otherwise being fully advised in the premises;

    IT IS HEREBY ORDERED, for the reasons set forth by the Court on the record, that the Debtor's Motion to Approve (I) Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC, against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation, LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, Sherry D. Cluchey, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a) is hereby approved.

    IT IS FURTHER ORDERED that a copy of this Order be served upon all interested parties.

**END OF ORDER**

Order Prepared and Submitted by:
Robert F. Wardrop II (P31639)
Wardrop & Wardrop, P.C.
300 Ottawa Avenue, NW, Suite 150
Grand Rapids, MI  49503
209301.031622.OrderApprovingMotion

**IT IS SO ORDERED.**

Dated March 17, 2022

James W. Boyd
United States Bankruptcy Judge