# **Exhibit A**

Mailing Matrix

```
Label Matrix for local noticing          BANK OF AMERICA, N.A.              Keller & Almassian, PLC
0646-1                                   16001 N Dallas Pkwy                Keller & Almassian, PLC
Case 21-00524-jwb                        Addison, TX 75001-3311             230 East Fulton
Western District of Michigan                                                Grand Rapids, MI 49503-3211
Grand Rapids
Mon Nov 14 13:35:25 EST 2022

                                         American Express National Bank     American Research Products Inc
                                         c/o Becket and Lee LLP             c/o Larry Cluchey shareholder
                                         PO Box 3001                        7095 Mindew Drive SW
                                         Malvern  PA 19355-0701             Byron Center MI 49315-8062

Amex                                     Amex                               Bank of America
Correspondence/Bankruptcy                P.O. Box 981537                    Attn: Bankruptcy
Po Box 981540                            El Paso TX 79998-1537              NC4-105-03-14
El Paso TX 79998-1540                                                       PO Box 26012
                                                                            Greensboro NC 27420-6012

Bank of America                          Bank of America                    Bank of America
FL9-600-02-26                            P O Box 2759                       PO Box 45144
P O Box 45224                            Jacksonville FL 32203-2759         Jacksonville FL 32232-5144
Jacksonville FL 32232-5224

CITI                                     (p)JPMORGAN CHASE BANK  N A        Citibank, N.A.
Costco Anywhere Visa Card                BANKRUPTCY MAIL INTAKE TEAM        5800 S Corporate Pl
PO Box 6190                              700 KANSAS LANE FLOOR 01           Sioux Falls, SD  57108-5027
Sioux Falls SD 57117-6190                MONROE LA 71203-4774

                                         Comerica Bank                      Comerica Bank
                                         Comerica Bank Tower                P.o. Box 71203
                                         1717 Main Street                   Philadelphia PA 19176-6203
                                         Dallas TX 75201-4612

Connie Hoffmann                          Costco Anywhere Visa Card          (p)DELL FINANCIAL SERVICES
7031 Mindew Dr SW                        Attn: Bankruptcy                   P O BOX 81577
Byron Center MI 49315-8062               PO Box 6500                        AUSTIN TX 78708-1577
                                         Sioux Falls SD 57117-6500

Dell Financial Services                  (p)INTERNAL REVENUE SERVICE        Internal Revenue Service
Po Box 81607                             CENTRALIZED INSOLVENCY OPERATIONS  Insolvency Unit
Austin TX 78708-1607                     PO BOX 7346                        PO Box 7346
                                         PHILADELPHIA PA 19101-7346         Philadelphia PA 19101-7346

James P. Silk                            MSU Fedl Credit Union              MSU Fedl Credit Union
Spengler Nathanson P.L.L.                3777 West Road                     Attn: Bankruptcy
900 Adams Street                         East Lansing MI 48823-8029         Po Box 1208
Toledo OH 43604-5505                                                        East Lansing MI 48826-1208

Michigan Dept of Treasury                Office of the U.S. Trustee         Sherry Cluchey
Bankruptcy - Claims Unit                 The Ledyard Bldg  2nd Floor        7095 Mindew Drive SE
PO Box 30168                             125 Ottawa Ave., NW, Ste 200R      Byron Center MI 49315
Lansing MI 48909-7668                    Grand Rapids MI 49503-2865
```

| | | |
|---|---|---|
| | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>PO Box 965064<br>Orlando FL 32896-5064 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando FL 32896-5007 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando FL 32896-5064 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando FL 32896-0001 | US Attorney's Office<br>Western District of Michigan<br>Bankruptcy Section<br>PO Box 208<br>Grand Rapids MI 49501-0208 |
| Larry Allen Cluchey<br>7095 Mindew Drive SW<br>Byron Center, MI 49315-8062 | Marcia R. Meoli<br>Marcia R. Meoli, Trustee<br>17 West 10th Street<br>Suite 120<br>Holland, MI 49423-3189 | Robert F. Wardrop II<br>Wardrop & Wardrop, P.C.<br>300 Ottawa Avenue, N.W., Ste 150<br>Grand Rapids, MI 49503-2308 |
| Sherry Cluchey<br>c/o CBH Attorneys & Counselors<br>25 Division Avenue S.<br>Suite 500<br>Grand Rapids, MI 49503-4233 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington DE 19850 | (d)Chase Card Services<br>PO Box 15369<br>Wilmington DE 19850 | Dell Financial Services<br>Attn: Bankruptcy<br>Po Box 81577<br>Austin TX 78708 |
| Internal Revenue Service<br>3251 N. Evergreen Drive, NE<br>Insolvency Group 4, Stop 93<br>Grand Rapids MI 49525 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Worthington Energy Innovations, LLC | End of Label Matrix<br>Mailable recipients     42<br>Bypassed recipients      1<br>Total                   43 | |