# Exhibit A

Mailing Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 21-00524-jwb<br>Western District of Michigan<br>Grand Rapids<br>Mon Nov 14 13:35:25 EST 2022 | BANK OF AMERICA, N.A.<br>16001 N Dallas Pkwy<br>Addison, TX 75001-3311 | Keller & Almassian, PLC<br>Keller & Almassian, PLC<br>230 East Fulton<br>Grand Rapids, MI 49503-3211 |
| | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Research Products Inc<br>c/o Larry Cluchey shareholder<br>7095 Mindew Drive SW<br>Byron Center MI 49315-8062 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso TX 79998-1540 | Amex<br>P.O. Box 981537<br>El Paso TX 79998-1537 | Bank of America<br>Attn: Bankruptcy<br>NC4-105-03-14<br>PO Box 26012<br>Greensboro NC 27420-6012 |
| Bank of America<br>FL9-600-02-26<br>P O Box 45224<br>Jacksonville FL 32232-5224 | Bank of America<br>P O Box 2759<br>Jacksonville FL 32203-2759 | Bank of America<br>PO Box 45144<br>Jacksonville FL 32232-5144 |
| CITI<br>Costco Anywhere Visa Card<br>PO Box 6190<br>Sioux Falls SD 57117-6190 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| | Comerica Bank<br>Comerica Bank Tower<br>1717 Main Street<br>Dallas TX 75201-4612 | Comerica Bank<br>P.o. Box 71203<br>Philadelphia PA 19176-6203 |
| Connie Hoffmann<br>7031 Mindew Dr SW<br>Byron Center MI 49315-8062 | Costco Anywhere Visa Card<br>Attn: Bankruptcy<br>PO Box 6500<br>Sioux Falls SD 57117-6500 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dell Financial Services<br>Po Box 81607<br>Austin TX 78708-1607 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Insolvency Unit<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| James P. Silk<br>Spengler Nathanson P.L.L.<br>900 Adams Street<br>Toledo OH 43604-5505 | MSU Fedl Credit Union<br>3777 West Road<br>East Lansing MI 48823-8029 | MSU Fedl Credit Union<br>Attn: Bankruptcy<br>Po Box 1208<br>East Lansing MI 48826-1208 |
| Michigan Dept of Treasury<br>Bankruptcy - Claims Unit<br>PO Box 30168<br>Lansing MI 48909-7668 | Office of the U.S. Trustee<br>The Ledyard Bldg  2nd Floor<br>125 Ottawa Ave., NW, Ste 200R<br>Grand Rapids MI 49503-2865 | Sherry Cluchey<br>7095 Mindew Drive SE<br>Byron Center MI 49315 |

| | | |
|---|---|---|
| | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>PO Box 965064<br>Orlando FL 32896-5064 | Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando FL 32896-5007 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965064<br>Orlando FL 32896-5064 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando FL 32896-0001 | US Attorney's Office<br>Western District of Michigan<br>Bankruptcy Section<br>PO Box 208<br>Grand Rapids MI 49501-0208 |
| Larry Allen Cluchey<br>7095 Mindew Drive SW<br>Byron Center, MI 49315-8062 | Marcia R. Meoli<br>Marcia R. Meoli, Trustee<br>17 West 10th Street<br>Suite 120<br>Holland, MI 49423-3189 | Robert F. Wardrop II<br>Wardrop & Wardrop, P.C.<br>300 Ottawa Avenue, N.W., Ste 150<br>Grand Rapids, MI 49503-2308 |
| Sherry Cluchey<br>c/o CBH Attorneys & Counselors<br>25 Division Avenue S.<br>Suite 500<br>Grand Rapids, MI 49503-4233 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington DE 19850 | (d)Chase Card Services<br>PO Box 15369<br>Wilmington DE 19850 | Dell Financial Services<br>Attn: Bankruptcy<br>Po Box 81577<br>Austin TX 78708 |
| Internal Revenue Service<br>3251 N. Evergreen Drive, NE<br>Insolvency Group 4, Stop 93<br>Grand Rapids MI 49525 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Worthington Energy Innovations, LLC | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     1<br>Total                  43 | |