Form STKCERT/STKCERTM (06/21)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Larry Allen Cluchey**<br>7095 Mindew Drive SW<br>Byron Center, MI 49315<br>SSN: xxx–xx–3664<br><br>**Debtor** | **Case Number 21–00524–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## NOTICE STRIKING CERTIFICATE OF SERVICE

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 9013–1, the Certificate of Service filed 12/1/2022 , document no. 106 is deemed defective and has been stricken.

Reason: The dates reflected on the certificate of service and mailing matrix do not correspond.

The Certificate of Service must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A Certificate of Service which is timely filed to correct the defect shall be considered filed as of the date that it was originally filed with the court.



Michelle M. Wilson
Clerk of Court

**Dated:** December 2, 2022

---

[1] Aliases for Debtor Larry Allen Cluchey : aka Larry Cluchey