UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

LARRY ALLEN CLUCHEY,

                Debtor.

_____/

Case No. 21-00524-jwb

Chapter 7

## NOTICE OF SUBMISSION OF PROPOSED ORDER

**PLEASE TAKE NOTICE THAT** Plaintiff World Energy Innovations, LLC has submitted to the Court the proposed Order attached as Exhibit A hereto.

Respectfully submitted,

*/s/ John C. Cannizzaro*
John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Email: John.Cannizzaro@icemiller.com

*Counsel for World Energy Innovations, LLC*

4893-0327-9173.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, I filed the foregoing Notice of Submission of Proposed Order with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

/s/ *John C. Cannizzaro*
John C. Cannizzaro

4893-0327-9173.1

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

---

In re:

LARRY ALLEN CLUCHEY,

                Debtor.
_____/

Case No. 21-00524-jwb
Chapter 7
Honorable James W. Boyd

**ORDER APPROVING JOINT MOTION TO APPROVE (I) SETTLEMENT OF (A) CERTAIN CAUSES OF ACTION AND CLAIMS BY WORLD ENERGY INNOVATIONS, LLC f/d/b/a WORTHINGTON ENERGY INNOVATIONS, LLC AGAINST DEBTOR AND DEBTOR'S WIFE AND (B) TRUSTEE'S AND WORLD ENERGY INNOVATION, LLC, f/d/b/a WORTHINGTON ENERGY INNOVATION, LLC'S TRICKETT CLAIM AGAINST DEBTOR AND DEBTOR'S WIFE, AND (II) FOR OTHER RELIEF PURSUANT TO BANKRUPTCY RULE 9019(a)**

This matter came before the Court on the Motion of Defendant Larry Allen Cluchey ("Mr. Cluchey"), Defendant Sherry D. Cluchey ("Mrs. Cluchey"), Trustee Marcia Meoli ("Trustee"), and Plaintiff World Energy Innovations, LLC ("WEI") (collectively the "Parties") to Approve (I) Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation, LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a) (the "Motion"). Service and notice of the Motion were proper and no creditor or other party in interest entitled to notice filed an objection. The Court conducted a hearing on the Motion on December 20, 2022 with all Parties having an opportunity to attend and address the Court on the Motion. At the hearing, the Court found that the Motion meets the test for approval of a settlement as provided under applicable bankruptcy law. Therefore, for good cause show and for the reasons stated on the record,

4893-0327-9173.1

IT IS HEREBY ORDERED that the Parties' Motion Approve (I) Settlement of (A) Certain Causes of Action and Claims by World Energy Innovations, LLC f/d/b/a Worthington Energy Innovations, LLC against Debtor and Debtor's Wife and (B) Trustee's and World Energy Innovation, LLC, f/d/b/a Worthington Energy Innovation, LLC's Trickett Claim against Debtor and Debtor's Wife, and (II) for Other Relief Pursuant to Bankruptcy Rule 9019(a) is hereby GRANTED.

IT IS FURTHER ORDERED that a copy of this order shall be served on the Parties.

**END OF ORDER**

ORDER PREPARED AND SUBMITTED BY:

John C. Cannizzaro
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1070
Email: John.Cannizzaro@icemiller.com

*Counsel for World Energy Innovations, LLC*

4893-0327-9173.1