**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF MICHIGAN**

_____

**CLUCHEY, LARRY ALLEN**                         Case No.: 21-00524 jwb
                                                 Chapter 7
                                                 Hon.
                                                 Hearing: None

                    Debtor(s)
_____

**NOTICE TO PROFESSIONALS TO FILE FEE APPLICATIONS**

**TO ALL APPOINTED PROFESSIONALS:**

I am now ready to file a final report and make distributions to creditors in this case. Please file appropriate applications for fees and expenses due and owing.  The applications, together with supporting documentation as may be required, should be filed with the Clerk of the Court, and sent to me and the office of the U.S. Trustee within thirty (30) days.


February 15, 2023            /S/Marcia R. Meoli_____
                             Marcia R. Meoli, Trustee

                             17 West 10th Street, Suite 120
                             Holland, MI 49423
                             616.396.2124


**TO THE UNITED STATES TRUSTEE:**

This Notice was sent to the following professionals:

Robert F. Wardrop, II, served via CM/ECF

MARCIA R. MEOLI, PLLC, served via CM/ECF


February 15, 2023            /S/Lori DeLand_____
                             Lori DeLand