UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

LARRY ALLEN CLUCHEY,

Debtor.
_____/

Case No. 21-00524-jwb
Chapter 7
Honorable James W. Boyd
U.S. Bankruptcy Judge

## APPLICATION FOR ALLOWANCE AND PAYMENT OF TRUSTEE'S ATTORNEY'S FEES AND EXPENSES

**TO:  HONORABLE JAMES W. BOYD:**

Miller Johnson, as its application for compensation as attorneys for the Trustee, pursuant to 11 U.S.C. § 330 and § 503(b), respectfully represents unto the Court as follows:

**A.   Information about the applicant and the application.**

1. The Debtor commenced this case by filing a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code on March 2, 2021.

2. Marcia R. Meoli was appointed and continues to serve as Chapter 7 Trustee in this matter.

3. On September 27, 2021, this Court entered an order granting the Trustee's Petition for Appointment of Counsel ("Petition"), which Petition requested the appointment effective as of August 12, 2021, and approving the appointment of Miller Johnson as attorneys for the Trustee on a general retainer basis.

4. Miller Johnson commenced services for the Trustee in this case on August 16, 2021.

5. All services for which compensation is requested were performed for, and on behalf of, the Trustee and not on behalf of any committee, creditor or other person. The services are set forth in detail on the attached **Exhibit A**.

6. All of Miller Johnson's services in this matter have been professional in character.

7. All of the compensation requested in this application is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11.

8. Miller Johnson ordinarily bills its non-Trustee clients at a rate equal to or greater than the rate set forth in this application for similar services.

9. The hourly rate of professionals performing legal services on behalf of the Trustee during the time period covered by this fee application are as follows:

    Jacob L. Carlton/Associate - $185/hour
    John T. Piggins/Member - $270/hour

10. No portion of the fees described in **Exhibit A** to this petition have been paid.

11. The services, costs and expenses covered by this application were necessary and proper, and were rendered and/or paid in aid of the administration of this estate. Further, the charges made for such services are reasonable and just and should be paid.

12. No compensation whatsoever has been paid or promised to your applicant in connection with this estate, except as expressly set forth in this application.

**B.    Case Status.**

13. Pursuant to the efforts of your applicant, to date the Trustee has recovered $73,617.43.

14. To the best of Miller Johnson's knowledge, the amount of cash on hand or on deposit in the estate is at least $73,617.43.

15. To the best of Miller Johnson's knowledge, there are no accrued and unpaid administrative expenses which have been approved by the Court.

WHEREFORE, your applicant prays that:

A.    This application be approved and allowed;

B. Fees in the amount of $16,852.00 together with the expenses in the amount of $25.50 set out on **Exhibit A** be ordered paid as an expense of administration in this case; and

C. This Court grant such other and further relief as this Court may deem just, equitable and proper.

Miller Johnson<br>Attorneys for Trustee

Dated: March 3, 2023

By: _____
Jacob L. Carlton (P84859)
carltonj@millerjohnson.com
Business Address:
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

STATE OF MICHIGAN ) ss.
COUNTY OF KENT )

Jacob L. Carlton, being first duly sworn, deposes and says that he is an attorney of the law firm of Miller Johnson and that he signed the foregoing Application on its behalf, being duly authorized to do so; that hhe has read the application and knows the contents thereof and that the same is true and correct.

Deponent further says that no agreement or understanding exists between applicant and any other parties for a division of the compensation requested in this application.

_____
Jacob L. Carlton

Subscribed and sworn to before me this
3 day of March, 2023.

Patricia A. Emerson
Patricia A. Emerson, Notary Public
Commissioned in Kent County, Michigan
Acting Kent County, Michigan
My commission expires: 8-17-2027